ORIGINAL

(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FILED
APR 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Demetrias Faulkner
(Name of Plaintiff or Plaintiffs)

v.                    CIVIL ACTION NO. 05 - 213

MBNA America
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to Title VII of the Civil Rights Acts
(Federal statute on which action is based)
for discrimination related to Americans with Disabilities jurisdiction exists by virtue of
(In what area did discrimination occur? e.g. race, sex, religion)
(ADA) and (ADEA).
(Federal statute on which jurisdiction is based)

2. Plaintiff resides at 260 Christiana Road K-15
(Street Address)
New Castle    New Castle    DE    19720
(City)         (County)    (State)  (Zip Code)
302 - 221 - 0749
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 1100 King Street
(Street Address)
Wilmington    Wilmington    DE    19884
(City)         (County)    (State)  (Zip Code)

4. The alleged discriminatory acts occurred on 20 , 01 , 2003 .
(Day)  (Month)  (Year)

5. The alleged discriminatory practice ☑ is  ☐ is not continuing.

6. Plaintiff(s) filed charges with the **Equal Employment Opportunity Commission**
(Agency)
**21 South 5th Street    Philadelphia        PA    19106**
(Street Address)    (City)    (County)    (State)    (Zip)

regarding defendant(s) alleged discriminatory conduct on: **01/20/2003**
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☑   No ☐
If yes, to whom was the appeal taken? **Melinda Shelton**

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

I am a qualified individual over 40 years old with a disability. Who is unable to perform the essential functions of my position without an reasonable accommodation. MBNA America has not provided an reasonable accommodation for me to be able to have the same

10. Defendant's conduct is discriminatory with respect to the following:
   A. ☑ Plaintiff's race
   B. ☑ Plaintiff's color
   C. ☑ Plaintiff's sex
   D. ☐ Plaintiff's religion
   E. ☐ Plaintiff's national origin
   F. ☑ Plaintiff's disability

benefits of employment, as my coworkers. Because of my disability, I require special voice recognition software system.

*See Attachment*

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

An significant amount of monetary funds for pain and suffering, monthly incentive, retroactived merit raises and quarterly bonuses, also promotion to proper senior status and employee file cleared of all negative evaluations. Tuition reimbursement with outstanding job performance recommendation in writting.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/11/05

_____
(Signature of Plaintiff)

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Demetrias Faulkner<br>223 Bassett Avenue<br>New Castle, DE 19720 | From: Philadelphia District Office<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |
|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2004-00366 | Charles Brown, III,<br>State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Marie M. Tomasso* (signature)

February 28, 2005

Enclosure(s)

Marie M. Tomasso,
District Director

(Date Mailed)

cc:  MBNA AMERICA BANK, N.A.
ATTN: PAMELA LYMAN
LEGAL DEPT
1100 N. KING ST.
WILMINGTON, DE   19884

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

April 30, 2004

Ms. Demetrias Faulkner
223 Bassett Avenue
New Castle, DE 19720

RE:  Faulkner v. MBNA America Bank, N.A.
     Case No. 04030373/17CA400366
     Notice of Dismissal

Dear Mr. Faulkner:

The Department of Labor has dismissed the above-referenced Charge of Discrimination filed under state law. Enclosed please find a copy of the Notice of Dismissal.

☐   *To Charging Party only: Since the Charge of Discrimination was also filed under federal law, which is enforced by the Equal Employment Opportunity Commission (EEOC), you have the right to request the EEOC to review this action.* **To secure a review, you must request the review in writing, within 15 days of your receipt of this letter.** *The request should be sent to the Equal Employment Opportunity Commission, The Bourse-Suite 400, 21 S. Fifth Street, Philadelphia, PA 19106-2515. Otherwise, the EEOC will generally adopt our finding in the case. You will be notified of EEOC's decision when they have concluded their action on this matter.*

Thank you for your cooperation in this matter.

Sincerely,

Julie Cutler

Julie K. Cutler, Supervisor
Office of Labor Law Enforcement

JKC/nym

Enclosure: Notice of Dismissal



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

# NOTICE OF DISMISSAL

RE:  Faulkner v. MBNA America Bank, N.A            State Case No.: 04030373

---

On March 29, 2004, Ms. Demetrias Faulkner filed a charge of discrimination against MBNA America Bank, N.A. The Charge of Discrimination is hereby incorporated by reference.

No Cause Finding:
    On April 30, 2004, the Department of Labor concluded its investigation and now finds, based on the following facts, that there is no reasonable cause to believe that a violation of the State Discrimination Act has occurred.

I.   Charging Party Facts:
     1. Charging Party began her employment with Respondent on June 26, 2000 as a Billing Dispute Analyst.
     2. On January 8, 2003 Respondent increased the standard for all the Billing Analysts from 8 to 10.5 cases.
     3. As a result of her disability Charging Party was only able to meet this new standard but not exceed it to earn overtime.
     4. Charging Party applied for another position with Respondent and another candidate was selected who was younger than 40 years old.

II.  Resolution of Material Facts:
     1. Charging Party stated she is still able to perform the essential functions of her position with an accommodation.
     2. Charging Party's statistics are just meeting the requirements of the position and not exceeding the standards which was reflected in her not being selected for the position.
     3. Under the Americans with Disabilities Act individuals who are unable to meet the standards due to their disability may be in need of an accommodation but since Charging Party is still able to meet the standards and is able to perform the essential functions of her position she is not entitled to an accommodation.

III. Resolution:
     Charging Party did not meet her burden of showing that she was discriminated against based on her disability and age.

The Charge of Discrimination, State Case No. 04030373 is hereby dismissed pursuant to 19 *Del. C.* Section 712(b). There is no statutory right of appeal of the Department's No Cause Dismissal. Since this decision ends the administrative process, you may have a right of judicial review under default principles of law in the Court of Chancery. See <u>Holland v. Zarif</u>, 794 A. 2d 1254 (Ch. Ct. 2002).

04/30/04
DATE

MELINDA SHELTON
LABOR LAW ENFORCEMENT OFFICER

4/30/04
DATE

JULIE CUTLER
LABOR LAW ENFORCEMENT SUPERVISOR

Attachment

To Whom It May Concern:					04/11/2005

I Demetrias Faulkner, was hired by MBNA America as a Billing Dispute Analyst on 06/26/2000. I am a qualified individual with a disability, who was able to perform the essential functions of my position. On 01/2003 MBNA America Billing Dispute Department decided to increase the standard work cases from 8 to 10 cases per hour and now has increases them to 10.5 cases per hour, as of 09/2004. I am not able at this time to achieve these departmental standard, with the non compatible voice recognition system that was assigned to me as a reasonable accommodation, due to my disability. MBNA America has not provide me a reason for not making an adjustment or providing me with an reasonable accommodation to obtain the increase in work cases. I believe I have been discriminated against in violation of the Americans with Disabilities Act, the Delaware Handicapped Persons Employment Protection Act and Age Discrimination in Employment Act and the Delaware Discrimination in Employment Act based upon my age (over 40 years old) and my disability. MBNA America is aware of my disability and the need for an reasonable accommodation (that works) in order for me to reach the department standard cases per hour.

I requested as an reasonable accommodation for a voice recognition software system, to be installed on my computer.

As a result of this accommodation, my computer system experiences programming errors all the time, which is beyond my control. Because of this, (the software is not compatible to MBNA America dispute department system) I am not able to work as quickly as my coworkers who don't have this program on their systems. Further, there have been times when I have not been able to work at all because of my system problems, computer being down. As a result, of the accommodation I have been afforded, because of technical reasons, have not allowed me to have an equal employment opportunity. I have repeatedly informed my supervisors, department managers, and technical staff on many occasion about this problem. However, their solution or direction did not offer any positive outcome or they have not provided me with any meaningful solution to the problem. Yet, they require me to maintain the same numbers of cases per hour as all my other coworkers. Even though they are aware of this software problem, I am still held to the same standard of everyone in the department without regard to my disability. For example MBNA America has an blind employee name; Michael Youtz, who at times need someone else to assist him to public areas, such as food court area or to help guide him thought the building. MBNA America made an exception for him. The billing dispute department continues to raise the number of cases to handle in a specific time period and due to the physical limitations of my disability it is becoming increasingly difficult to meet these standards.

Due to the difficulty in achieving the set departmental standards I have been unable to score higher than a satisfactory on my monthly and yearly evaluations, which then renders me unable to receive o monthly incentive, a raise or have the option to transfer to another department. For these reasons is why I base, that I have been discriminated against, and my civil right have been denied.

Sincerely

*Demetrias Faulkner*

Mrs. Demetrias Faulkner

to 300 days to file a charge if there is a State or local law that provides relief for discrimination on the basis of disability. However, to protect your rights, it is best to contact EEOC promptly if discrimination is suspected.

You may file a charge of discrimination on the basis of disability by contacting any EEOC field office, located in cities throughout the United States. If you have been discriminated against, you are entitled to a remedy that will place you in the position you would have been in if the discrimination had never occurred. You may be entitled to hiring, promotion, reinstatement, back pay, or reasonable accommodation, including reassignment. You may also be entitled to attorneys fees.

While the EEOC can only process ADA charges based on actions occurring on or after July 26, 1992, you may already be protected by State or local laws or by other current federal laws. EEOC field offices can refer you to the agencies that enforce those laws.

To contact the EEOC, look in your telephone directory under "U.S. Government." For information and instructions on reaching your local office, call:

- (800) 669-4000 (Voice)
- (800) 669-6820 (TDD)
- (In the Washington, D.C. 202 Area Code, call 202-663-4900 (voice) or 202-663-4494 (TDD).)

## Can I Get Additional ADA Information and Assistance?

The EEOC conducts an active technical assistance program to promote voluntary compliance with the ADA. This program is designed to help people with disabilities understand their rights and to help employers understand their responsibilities under the law.

In January 1992, EEOC published a Technical Assistance Manual, providing practical application of legal requirements to specific employment activities, with a directory of resources to aid compliance. EEOC publishes other educational materials, provides training on the law for people with disabilities and for employers, and participates in meetings and training programs of other organizations. EEOC staff also will respond to individual requests for information and assistance. The Commission's technical assistance program is separate and distinct from its enforcement responsibilities. Employers who seek information or assistance from the Commission will not be subject to any enforcement action because of such inquiries.

The Commission also recognizes that differences and disputes about ADA requirements may arise between employers and people with disabilities as a result of misunderstandings. Such disputes frequently can be resolved more effectively through informal negotiation or mediation procedures, rather than through the formal enforcement process of the ADA. Accordingly, EEOC will encourage efforts of employers and individuals with disabilities to settle such differences through alternative methods of dispute resolution, providing that such efforts do not deprive any individual of legal rights provided by the statute.

## More Questions and Answers About the ADA

**Q. Is an employer required to provide reasonable accommodation when I apply for a job?**

A. Yes. Applicants, as well as employees, are entitled to reasonable accommodation. For example, an

| BILLING DISPUTE ANALYST I<br>Grade 218 ||
|---|---|
| DEPARTMENT | MACS |
| LOCATION | Newark, DE |
| SCHEDULE | Monday – Friday,<br>8 a.m. – 5 p.m.,<br>one night until 7:00 p.m.<br>and occasional weekends |
| PERSON TO CONTACT FOR MORE INFORMATION | Steve Ryder<br>(302) 457- 8288 |
| SPECIALIST | Sheri Hardy |
| PHONE/FAX | (302) 458-1127/458-0128 |
| OPPORTUNITY NO. | ZN62540MB97 |

**OVERVIEW OF RESPONSIBILITIES**

This position will be primarily responsible for working written billing inquiries from Spanish speaking Customers. All disputes analysts' work within the guidelines established by MBNA, MasterCard, and Visa to resolve Customer written inquiries. Effective resolution of inquiries is completed through review of Customer documentation, contacting Customers over the phone, initiating calls to the merchant and completing monetary and non-monetary adjustments. This position requires flexibility assisting other areas of MACS to share resources and increase overall job knowledge.

**REQUIRED QUALIFICATIONS**
- Fluent in reading and speaking Spanish and English
- Strong oral and written communication skills
- Demonstrated knowledge of MasterCard and Visa regulations and the Fair Credit Billing Act
- Ability to work effectively in a high volume environment

**PREFERRED QUALIFICATIONS**
- Four- year college degree
- Customer contact experience
- Experience with Windows environment



# CORRECTIVE ACTION REPORT

| Date: | 12/01/04 | Id Number: | 087422 | Name: | Demetrias Faulkner |
|---|---|---|---|---|---|
| Status/Grade: | FT/218 | DOH: | 6/26/00 | Job Title: | Billing Dispute Analyst I |
| Cost Center: | 651 | Department: | MACS | Manager Name/ID: | Wayne Wyatt/067232 |

**Corrective Action Status:**
__X__ First Warning   _____ Final Warning   _____ Dismissal

| Date of Previous Action(s): | 6/9/04 – | Plan For Success |
|---|---|---|
| | 4/8/03 – | Final Warning Performance |
| | 10/7/02 - | First Warning Performance |
| | 7/30/02 - | Plan For Success |
| | 8/10/01 - | Plan For Success |

Demetrias is being placed on First Warning for conduct according to Personnel Policy 601. More specifically, on 11/17/04, Demetrias displayed inappropriate and unprofessional behavior when interacting with her manager.

On 11/17/04, while receiving routine monthly feedback from her manager, Wayne Wyatt, Demetrias became upset and started to raise her voice. Demetrias was informed that the performance standard for cases was 10.5 cases per hour; however, she disagreed and stated that the standard was only 10.0 cases per hour. As the conversation continued, Demetrias became increasingly argumentative with her manager. Specifically, Demetrias portrayed disrespectful behavior by elevating her voice so others could hear her. Her tone reflected disrespect and she was leaning toward Wayne in a menacing fashion to the point where he physically backed up. Wayne informed Demetrias that she was being disrespectful and she replied, "I don't need to be respectful to you."

On 11/18/04, Sue Hines of Personnel met with Demetrias to discuss the situation. Demetrias stated that she disagreed with the 10.5 cases per hour. During the Personnel meeting, Demetrias exhibited the same type of behavior as described by her manager. Demetrias became loud and leaned forward in an aggressive manner. It was explained to Demetrias that her behavior was not acceptable in the workplace. Demetrias replied that this is "her normal behavior and she gets loud because she is from New York, everyone knows this is just how I am." Demetrias was advised that she was to be professional at all times and that disrespectful behavior would not be tolerated. Demetrias has previously been re-educated by Personnel on appropriate and professional conduct on several occasions and most recently on 10/8/04.

Demetrias has been re-educated on maintaining professionalism in the workplace. She further understands that her tone and attitude should be respectful at all times whether speaking with her manager, peers, or Customers.

This First Warning will remain active for six months. Any further instances of excessive tardiness, unscheduled PTO, below standard performance or misconduct may result in further corrective action as described in Personnel Policy 601. Demetrias is not eligible to receive incentive for the month of December. Demetrias will not be eligible for the Customer Satisfaction Test payout until the second quarter 2005 and is not eligible to job post for six months. Additionally, Demetrias is not eligible to volunteer on company time and is ineligible for tuition reimbursement for the next six months.

**Individual's Comments Regarding Corrective Action:**

_Refused to sign_ _____   _____   _[signature]_   _12/1/04_
**Signature**                **Date**                      **Business area DM**        **Date**

_[signature] Susan Hines_   _12/1/04_
**Personnel**                 **Date**

Equal Employment Opportunity Commission  May 10, 2004
21 S. 5th Street
Philadelphia, PA 19106-2515


To Whom It May Concern:


I Demetrias Faulkner disagree with the department of labor conclusion in its investigation due to the following facts, that there is a reasonable cause that I believe my rights has been violation under the Americans with Disabilities Acts, the Delaware Handicapped Persons Employment Protection Act and Age Discrimination in Employment Act. MBNA America was aware of my disability, after I was hired on 06/26/2000, as a Billing Dispute Analyst. On 01/03 the Dispute Department increased the standard qualification from 8 to 10 cases per hour. As a result my disability I am unable to meet these new standard, and have been put on written warming, because of low productivity performance. I would like to put in appeal on the decision to dismiss discrimination charges.


State Case No: 04030373


Sincerely,

*Demetrias Faulkner*

Demetrias Faulkner

Equal Employment Opportunity Commission
21 South 5th Street   Suite 400
Philadelphia, PA 19106


March 18,2005
&
April 11,2005


To Whom It May Concern:

I Demetrias Faulkner, would like to request a copy of my file case No:17C-2004-00366, from the EEOC representative Mr. Charles Brown,III.  To be sent to my address which is – 260 Christiana Road - Apt K-15, New Castle, DE 19720.  Due to the fact that I will be filing a law suit, in Federal Court.   Because I believe that my civil rights has been denied under the Americans with Disabilities Acts, and the Delaware Handicapped Persons Employment Protection Act and Age Discrimination in Employment Act under State Case No: 04030373.   I believe that I have been discriminated against, base on the above reasons.


Sincerely,

*Demetrias Faulkner* (signature)

Demetrias Faulkner