IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEMETRIAS FAULKNER,           )
                              )
        Plaintiff,            )
                              )
        v.                    )    Civ. No. 05-213-KAJ
                              )
MBNA AMERICA,                 )
                              )
        Defendant.            )

**ORDER**

At Wilmington this __25th__ day of __April__, 2005,

the court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

        IT IS ORDERED that:

        1.  The application is DENIED based on plaintiff's

annual income of $19,890.  (D.I. 1)

        2.  The plaintiff shall pay the $250 filing fee within

thirty days from the date this order is sent, or the case shall

be dismissed.

_____
United States District Judge