IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-213 KAJ |
| | ) | |
| MBNA AMERICA BANK, N.A. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## ANSWER

1. Denied.

2. Admitted.

3. Admitted.

4. Denied that any discriminatory acts occurred.

5. Denied.

6. Denied.

7. No answer necessary.

8. Defendant does not have sufficient information to admit or deny this averment.

9. Admitted that Plaintiff is over 40 years old. Otherwise denied.

10. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. All actions taken by Defendant were taken for legitimate business reasons

unrelated to any claim of discrimination.

3. Plaintiff has failed to mitigate her damages.

4. Defendant has complied fully with the Americans With Disabilities Act, and Plaintiff, despite having been reasonably accommodated, has been unable to consistently achieve the standards that all employees are required to meet.

WHEREFORE, Defendant demands that the Complaint be dismissed, with costs assessed against Plaintiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler*

Sheldon N. Sandler, Esquire  ID # 245
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6673
Facsimile:  (302) 576-3330
ssandler@ycst.com
Attorneys for Defendant

DATED:  June 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2005, I electronically filed a true and correct copy of the foregoing **Answer to Complaint** with the Clerk of the Court using CM/ECF. A copy of such **Answer to Complaint** was mailed by First Class Mail, postage prepaid to the following person:

Demetrias Faulkner
260 Christiana Road
New Castle, DE 19720

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sheldon N. Sandler (ID 245 )
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

Dated: June 3, 2005