# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 7, 2005

Mr. Demetrias Faulkner
260 Christiana Road
New Castle, DE 19720

Sheldon N. Sandler, Esq.
Young Conaway Stargatt Taylor, LLP
1000 West Street - 17th Fl.
Wilmington, DE  19801

Re:  Demetrias Faulkner v. MBNA America Bank, N.A.
     Civil Action No. 05-213-KAJ

Dear Mr. Faulkner and Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court