IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-213 KAJ |
| | ) | |
| MBNA AMERICA BANK, N.A. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Teresa A. Cheek, Esquire, for the Defendant.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
_____
Sheldon N. Sandler (ID 245)
Teresa A. Cheek (ID 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant

Dated: July 12, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-213 KAJ |
| | ) | |
| MBNA AMERICA BANK, N.A. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2005, I electronically filed a true and correct copy of the foregoing **Entry of Appearance** with the Clerk of the Court using CM/ECF. A copy of such **Entry of Appearance** was mailed by First Class Mail, postage prepaid to the following person:

>Demetrias Faulkner
>260 Christiana Road K-15
>New Castle, DE 19720

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Teresa A. Cheek_____
>Sheldon N. Sandler (ID 245)
>Teresa A. Cheek (ID 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tcheek@ycst.com
>Attorneys for Defendant

Dated: July 12, 2005