IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 05-213 |
| v. | ) |
| | ) |
| MSNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE, of the undersigned attorney as representing the Plaintiff in the above captioned matter.

ABER, GOLDLUST, BAKER & OVER


/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiffs

DATED: July 19, 2005

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following on July 19, 2005:

>Teresa A. Cheek
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17 Floor
>P.O. Box 391
>Wilmington, DE 19899

/s/ Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire
