IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-213 KAJ |
| | ) | |
| MBNA AMERICA BANK, N.A. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on September 1, 2005, I caused

two copies of the Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure

26(a) and this Notice of Service to be served upon the following:

VIA HAND DELIVERY
Gary W. Aber Esquire
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

  /s/ Teresa A. Cheek
Teresa A. Cheek (ID 2657)
Margaret M. DiBianca, Esquire (4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant

Dated: September 1, 2005