IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-213-KAJ |
| | ) | |
| MBNA AMERICA BANK, N.A., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **2nd** day of **November, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 14, 2005 at 3:30 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE