# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL: (302) 571-6676
DIRECT FAX: (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P O BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 10, 2005

VIA E-FILE

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Room 4209
Lock Box 10
Wilmington, DE 19801

Re:   Demetrias Faulkner v. MBNA America
      C.A. #05-CV-213 KAJ

Dear Judge Jordan:

Pursuant to paragraph 3(e) of Your Honor's Scheduling Order dated August 5, 2005 in the above matter, Defendant, MBNA America Bank, N.A. ("MBNA") hereby requests this Court to order Plaintiff Demetrias Faulkner to provide her Rule 26(a) disclosures.

In accordance with the Scheduling Order, counsel for MBNA supplied its Rule 26(a) disclosures to Faulkner's counsel on September 1, 2005. On Friday, September 16, 2005, via email, MBNA's counsel requested that Faulkner's disclosures be provided no later than September 23, 2005. MBNA's counsel then provided Faulkner's counsel an additional extension of time until October 14, 2005 to provide the required disclosures. In correspondence dated October 18, 2005, counsel for MBNA advised counsel for Plaintiff that she would seek the Court's assistance if the Rule 26(a) disclosures were not provided by October 21, 2005. Plaintiff's counsel has to date not served the required disclosures and has caused Defendant's counsel to request the required teleconference to settle this discovery dispute.

Respectfully,

Teresa A. Cheek

Teresa A. Cheek
Bar ID 2657

TAC:rjr

cc:   Clerk of Court (via hand delivery)
      Gary W. Aber, Esquire (via CM/ECF)

DB01:1898288 1

009626 1044