IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 05-213 |
| v. | ) | |
| | ) | |
| MSNA AMERICA BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

To:   Teresa A. Cheek
      Young Conaway Stargatt & Taylor LLP
      1000 West Street, 17 Floor
      P.O. Box 391
      Wilmington, DE 19899

**PLEASE TAKE NOTICE**, that Plaintiff's Initial Disclosures, pursuant to Rule 26(a) was hand delivered to the above counsel on November 21, 2005.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiffs

DATED: November 21, 2005

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following on November 21, 2005:

>Teresa A. Cheek
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17 Floor
>P.O. Box 391
>Wilmington, DE 19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire