IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-213 KAJ |
| ) | |
| MBNA AMERICA BANK, N.A. ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

**NOTICE OF SERVICE**

I hereby certify that I have caused two copies of the following:

DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF
and
DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

to be served upon:   Gary W. Aber Esquire
Aber, Goldlust & Baker
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

by first class mail, postage prepaid, on November 28, 2005.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　*/s/ Teresa A. Cheek*
Teresa A. Cheek (ID 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant

Dated: November 28, 2005

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff and this Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Service and Certificate of Service were mailed, First Class Mail, postage prepaid to the following person:

>Gary W. Aber Esquire
>Aber, Goldlust & Baker
>First Federal Plaza
>Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Teresa A. Cheek*
>Teresa A. Cheek (ID 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tcheek@ycst.com
>Attorneys for Defendant

Dated: November 28, 2005