IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 05-213 |
| v. | ) |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE**, that Plaintiff's First Set of Interrogatories Directed to Defendant, and Plaintiff's First Request for Production of Documents was hand delivered to the following counsel on January 17, 2006:

> Teresa A. Cheek, Esquire
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street, 17 Floor
> P.O. Box 391
> Wilmington, DE 19899

> ABER, GOLDLUST, BAKER & OVER

> /s/ Gary W. Aber
> GARY W. ABER (DSB #754)
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899
> (302) 472-4900
> Attorney for Plaintiffs

DATED: January 17, 2006

## **CERTIFICATE OF SERVICE**

I undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following on January 17, 2006:

>Teresa A. Cheek, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17 Floor
>P.O. Box 391
>Wilmington, DE 19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire