IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-213 KAJ |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE

I, Teresa A. Cheek, hereby certify that on February 16, 2006, two copies of Defendant's Responses to Plaintiff's First Set of Interrogatories Directed to Defendant were hand delivered to the following person of record:

>Gary W. Aber, Esquire
>Aber, Goldlust & Bkaer
>First Federal Plaza
>Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Teresa A. Cheek*
Teresa A. Cheek (ID 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant

Dated: February 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's Responses to Plaintiff's First Set of Interrogatories Directed to Defendant with the Clerk of the Court using CM/ECF. A copy of such document was hand delivered to:

>Gary W. Aber, Esquire
>Aber Goldlust & Baker
>First Federal Plaza
>Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Teresa A. Cheek*
>Teresa A. Cheek (ID 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tcheek@ycst.com
>Attorneys for Defendant

Dated: February 16, 2006

DB01:1617274.1