IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 05-213-KAJ |
| ) | |
| MBNA AMERICA BANK, N.A., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTIONS FOR LEAVE TO FILE
AMENDED AND SUPPLEMENTAL COMPLAINTS**

Defendant MBNA America Bank, N.A. hereby responds to Plaintiff's motions dated April 10, 2006 and April 26, 2006 for leave to file amended and supplemental complaints as follows:

1. The proposed "Amended and Supplemental Complaint" that was attached to Plaintiff's April 10, 2006 motion had one attachment, labeled "Exhibit 5," which consisted of a Dismissal and Notice of Rights issued by the United States Equal Employment Opportunity Commission dated January 4, 2006 for Charge No. 17C-2004-00568, which was the second discrimination charge that Plaintiff filed against Defendant. The motion did not include the statement required by L.R. 7.1.1, that "the attorney making the motion has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion" and Plaintiff's counsel did not communicate with the undersigned counsel for Defendant about the motion before filing it.

2. The proposed "Second Amended Complaint" that was attached to Plaintiff's April 26, 2006 motion included two attachments, labeled "Exhibit 6," which consisted of a Dismissal and Notice of Rights issued by the United States Equal Employment Opportunity Commission dated January 30, 2006 for Charge No. 17CA500436, which was the fourth discrimination

charge that Plaintiff filed against Defendant, and "Exhibit 7," consisting of the January 30, 2006 right to sue letter for Charge No. 17CA500175, which was the third discrimination charge that Plaintiff filed against Defendant. Again, the motion did not include the statement required by L.R. 7.1.1, that "the attorney making the motion has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion" and Plaintiff's counsel did not communicate with the undersigned counsel for Defendant about the motion before filing it.

   3. Defendant respectfully requests that Plaintiff's motions be denied for the following reasons:

    a. Neither of the proposed amended and supplemental complaints includes a complete set of exhibits.

    b. Plaintiff's counsel has failed to comply with Local Rule 7.1.1.

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /s/ *Teresa A. Cheek*
       Teresa A. Cheek, Esquire (No. 2657)
       Margaret M. DiBianca, Esquire (No. 4539)
       The Brandywine Building, 17th Floor
       1000 West Street, P.O. Box 391
       Wilmington, Delaware 19899-0391
       Telephone: (302) 571-6676
       Facsimile: (302) 576-3286
       Attorneys for Defendants

Dated: May 10, 2006