IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-213-KAJ |
| | ) |
| MBNA AMERICA BANK, N.A., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Opposition to Plaintiff's Motions for Leave to File Amended and Supplemental Complaints and this Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Service and Certificate of Service were also mailed, First Class Mail, postage prepaid to the following counsel for Plaintiff:

> Gary W. Aber Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> __/s/ Teresa A. Cheek_____
> Teresa A. Cheek, Esquire (No. 2657)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6676
> Facsimile: (302) 576-3286
> Attorneys for Defendants

Dated: May 10, 2006