## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-213-KAJ |
| MBNA AMERICA BANK, N.A., | : |
| Defendant. | : |

### ORDER

At Wilmington this **10th** day of **October, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, October 16, 2006 at 10:00 a.m. has been canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Friday, December 8, 2006 at 9:00 a.m.** to discuss the status of the case and the parties' interest in rescheduling the mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE