LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*                                                        (302) 472-4900
DARRELL J. BAKER, P.A.                                                     TELECOPIER (302) 472-4920
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAGAR B. SHAH                          October 11, 2006

*ALSO ADMITTED IN NEW YORK

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      RE:   Faulkner v. MBNA
             C.A. No.: 05-213 (KAJ)

Dear Judge Jordan:

      As you may recall, in the above-captioned matter, the parties held a telephone conference with the Court, I believe on February 1, 2006. During that telephone conference, the parties explained to the Court that the plaintiff in this matter had filed multiple, approximately five (5) charges of discrimination with the Delaware Department of Labor/Equal Employment Opportunity Commission. As of that time she had received only one (1) Right to Sue Letter, in which the action at that time was based. The parties went on to explain to the Court that this matter would proceed more meaningfully if the matter could be stayed until all Right to Sue Letters had been issued by the EEOC, for which requests had been made, and amended complaints filed to reflect that. The Court granted that request.

      Thereafter, on April 26, 2006, the plaintiff filed a motion to amend the complaint (Dk. No. 36), which the Court granted on May 26, 2006. That amendment reflected all the claims, except those reflected in the final, un-issued Right to Sue Letter. On September 22, 2006 (Dk. No. 43), the parties filed a Joint Stipulation to Amend the Complaint, to add the final Right to Sue Letter. The Third Amended Complaint was filed on September 26, 2006.

      I write to the Court to request a new scheduling conference, to remove the stay, and to permit this matter to proceed.

                                     Respectfully,

                                     /s/ Gary W. Aber

                                   Gary W. Aber

GWA/mac
cc:   Teresa A. Cheek, Esquire