# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL: (302) 571-6676
DIRECT FAX: (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P O BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 31, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street U.S. Courthouse
Wilmington, Delaware 19801

    Re:    Faulkner v. MBNA,
             C.A. No. 05-CV-213 KAJ

Dear Judge Jordan:

    I am filing with this letter a proposed revised scheduling order. I hope the Court will accept Mr. Aber's and my apology for our failure to file it in a timely fashion.

                        Respectfully yours,

                        /s/ *Teresa A. Cheek*

                        Teresa A. Cheek
                        Del. Bar No. 2657

cc:    Gary W. Aber, Esquire (by e-file)