IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-213-KAJ |
| | ) | |
| MBNA AMERICA BANK, N.A., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this 15 day of **November, 2006,**

IT IS ORDERED that a scheduling teleconference has been scheduled for **December 12, 2006 at 4:30 p.m.** with the undersigned. **Defendant's counsel shall initiate the teleconference call.**

_____
UNITED STATES DISTRICT JUDGE