IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-213-KAJ |
| MBNA AMERICA BANK, N.A., | : |
| Defendant. | : |

## ORDER

At Wilmington this **12th** day of **December, 2006**,

IT IS ORDERED that the mediation conference has been rescheduled for **Tuesday, August 21, 2007 beginning at 10:00 a.m.**  Submissions of the parties shall now be due on or before **Friday, August 10, 2007.**  All other provisions of the Court's September 21, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


                                                            /s/ Mary Pat Thynge  
                                                           UNITED STATES MAGISTRATE JUDGE