IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-213-*** |
| | : | |
| MBNA AMERICA BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington, Delaware, this **20th** day of **March, 2007.**

IT IS ORDERED that a scheduling teleconference with Judge Thynge has been scheduled for **Thursday, March 29, 2007 at 8:00 a.m. Gary W. Aber, Esquire shall initiate the teleconference call.** Attached to this Order is a draft copy of the Magistrate Judge's Rule 16 Scheduling Order and Final Pretrial and Trial Management Order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE