## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DEMETRIAS FAULKNER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-213-*** |
| ) | |
| **MBNA AMERICA BANK, N.A.**, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### JOINT CONSENT TO THE EXERCISE OF
### JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

**IT IS SO STIPULATED:**

  /s/ *Gary W. Aber*                                       /s/ *Teresa A. Cheek*
Gary W. Aber, Esquire (No. 754)              Teresa A. Cheek, Esquire (No. 2657)
Aber, Goldlust, Baker & Over                    Young Conaway Stargatt & Taylor, LLP
First Federal Plaza, Suite 600                     The Brandywine Building, 17th Floor
P.O. Box 1675                                              1000 West Street, P.O. Box 391
Wilmington, DE 19899-1675                      Wilmington, Delaware 19899-0391
Telephone: (302) 472-4900 x 102              Telephone: (302) 571-6676
Attorney for Plaintiff                                    Facsimile: (302) 576-3286
                                                                       Attorney for Defendants

Dated: April 4, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DEMETRIAS FAULKNER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-213-*** |
| | ) |
| **MBNA AMERICA BANK, N.A.**, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

_____
Judge