IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-213-MPT |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on June 5, 2007, a true and correct copy of **Defendants' Amended and Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a), and Defendants' Supplemental Answers to Plaintiff's First Set of Interrogatories Directed to Defendants** were served by depositing same in the United States Mail. I further certify that on June 6, 2007 I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record.

        Gary Aber, Esquire
        Aber, Goldlust, Baker & Over
        First Federal Plaza
        Suite 600
        P.O. Box 1675
        Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendants