IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 05-213 |
| v. | ) |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, Plaintiff's Second Set of Interrogatories Directed to Defendant were hand delivered to the following counsel on July 16, 2007:

>Teresa A. Cheek, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17 Floor
>P.O. Box 391
>Wilmington, DE 19899

>ABER, GOLDLUST, BAKER & OVER

>          /s/ Gary W. Aber
>GARY W. ABER (DSB #754)
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899
>(302) 472-4900
>Attorney for Plaintiffs

DATED: July 16, 2007

## **CERTIFICATE OF SERVICE**

I undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following on July 16, 2007:

> Teresa A. Cheek, Esquire
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street, 17 Floor
> P.O. Box 391
> Wilmington, DE 19899

>> /s/ Melissa A. Chionchio
>> Melissa A. Chionchio
>> Secretary to Gary W. Aber, Esquire