IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIUS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  C.A. No. 05-213-MPT |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### RE- NOTICE OF DEPOSITION

TO:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      First Federal Plaza, Suite 600
      P.O. Box 1675
      Wilmington, DE 19899-1675

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Demetrius Faulkner on Wednesday, September 5, 2007 at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

   YOUNG CONAWAY STARGATT & TAYLOR, LLP

   /s/ Teresa A. Cheek, Esquire
   Teresa A. Cheek, Esquire (No. 2657)
   The Brandywine Building
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, Delaware  19899-0391
   Telephone: (302) 571-6676
   Facsimile: (302) 576-3286
   Email:  tcheek@ycst.com
   Attorneys for Defendant

Dated:   July 25, 2007