## YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | SANJAY BHATNAGAR | ADRIA B. MARTINELLI |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | MICHAEL W. MCDERMOTT |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | MICHELE SHERRETTA BUDICAK | TAMMY L. MERCER |
| RICHARD H. MORSE | CRAIG D. GREAR | JEFFREY T. CASTELLANO | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | KARA HAMMOND COYLE | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | KRISTEN SALVATORE DEPALMA | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | MARGARET M. DIBIANCA | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | C. BARR FLINN | MARY F. DUGAN | ADAM W. POFF |
| JOSY W. INGERSOLL | NATALIE WOLF | ERIN EDWARDS | SETH J. REIDENBERG |
| ANTHONY G. FLYNN | LISA B. GOODMAN | KENNETH J. ENOS | SARA BETH A. REYBURN |
| JEROME K. GROSSMAN | JOHN W. SHAW | IAN S. FREDERICKS | CHERYL A. SANTANIELLO |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | JAMES J. GALLAGHER | (NJ & PA Only) |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | DAWN M. JONES | CHAD S.C. STOVER |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | KAREN E. KELLER | JOHN E. TRACEY |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | JENNIFER M. KINKUS | TRAVIS N. TURNER |
| WILLIAM W. BOWSER | JOHN T. DORSEY | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | M. BLAKE CLEARY | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | TIMOTHY E. LENGKEEK | |
| MELANIE K. SHARP | DANIELLE GIBBS | | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | NORMAN M. POWELL | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | ELENA C. NORMAN | KAREN L. PASCALE | |
| NEILLI MULLEN WALSH | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6606
DIRECT FAX: (302) 576-3286
tcheek@ycst.com

August 16, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

Re:   Faulkner v. MBNA
      C.A. No.: 05-213-MPT

Dear Judge Thynge:

The parties were unable to agree on the contents of a joint status report, so I am writing on behalf of the Defendant. The issues in this case are whether Defendant refused to reasonably accommodate Plaintiff's alleged disability in violation of the Americans with Disabilities Act, and whether Defendant terminated Plaintiff's employment in retaliation for her exercise of rights protected by the Americans with Disabilities Act.

At present, the parties are engaged in discovery. Defendant will take Plaintiff's deposition on September 5, 2007. Defendant is awaiting Plaintiff's response to its request for any and all notes that she made regarding her employment. Defendant understands from statements by Plaintiff's former supervisors and co-workers that she made such notes, but to date none have been produced. If they are not produced by August 22, 2007, Defendant may be forced to seek the Court's assistance. Mr. Aber has advised me that he will be meeting with his client on Monday but has not provided any assurance as to when or if the notes will be provided.

Respectfully yours,

*Teresa A. Cheek*

Teresa A. Cheek
(Bar I.D. 2657)

TAC:sec