LAW OFFICES
## ABER, GOLDLUST, BAKER & OVER
(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

August 16, 2007

*ALSO ADMITTED IN NEW YORK

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

      RE:    Faulkner v. MBNA
              C.A. No.: 05-213

Dear Judge Thynge:

      This is an action brought by the plaintiff, Demetrius Faulkner, under the "Americans With Disabilities Act". Ms. Faulkner, who has a birth deformity of a missing a hand, claims that the defendant failed to reasonably accommodate her disability.

      This letter is the plaintiff's status letter in the above-captioned matter. The parties are continuing to engage in discovery. The plaintiff's deposition is scheduled for the first week of September. There is a remaining issue in which the defendant has requested the plaintiff to produce her personal notes, which the defendant claims she kept during her employment. I am scheduled to meet with the plaintiff on Monday, August 21, 2007 and will try and find out whether those documents existed and if so to produce them before her deposition.

      Further, the docket in this matter shows that the plaintiff served a second set of interrogatories on July 15, 2007, and answers have not yet been received for which the defendant claims are due on August 20, 2007.

      Thank you for Your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc:    Teresa A. Cheek, Esquire