IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIUS FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-213-MPT |
| | ) | |
| MBNA AMERICA BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I, Teresa A. Cheek, Esquire, hereby certify that on August 20, 2007, a true and correct

copy of Defendant's Answers to Plaintiff's Second Set of Interrogatories Directed to Defendant

were served by e-mail on the following counsel of record for Plaintiff.  I further certify that on

August 21, 2007, I electronically filed a true and correct copy of this Notice of Service with the

Clerk of the Court using CM/ECF, which will send notification that such filing is available for

viewing and downloading to the following counsel of record.

Gary Aber, Esquire
First Federal Plaza Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek

Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant