IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-213-MPT |
| | ) | |
| MBNA AMERICA BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Teresa A. Cheek, do hereby certify that on October 9, 2007, I caused **Defendant's Second Set of Interrogatories Directed to Plaintiff** to be served via e-mail to the following counsel of record:

>Gary Aber, Esquire
>Aber, Goldlust, Baker & Over
>First Federal Plaza
>Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Teresa A. Cheek*
>Teresa A. Cheek, Esquire (Bar I.D. 2657)
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tcheek@ycst.com
>Attorneys for Defendant