LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*　　　　　　　　　　　　　　　(302) 472-4900
DARRELL J. BAKER, P.A.　　　　　　　　　　　　TELECOPIER (302) 472-4920
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAGAR B. SHAH　　　　　　　November 16, 2007

*ALSO ADMITTED IN NEW YORK

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE  19801

　　　　RE:　Faulkner v. MBNA
　　　　　　　C.A. No.:  05-213

Dear Judge Thynge:

　　　As Your Honor will recall, you conducted a mediation in the above-captioned matter on October 1, 2007.  At that time I informed the Court that the parties would be attempting to negotiate a revised scheduling order in this matter.

　　　After exchanging the document several times, I am enclosing with this letter an agreed to Revised Scheduling Order, which, the parties hope meets with the Court's approval.

　　　Thank you for Your Honor's kind consideration and understanding.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber

　　　　　　　　　　　　　　　　　　　　Gary W. Aber

GWA/mac
Enclosure
cc:　Teresa A. Cheek, Esquire

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 05-213-MPT |
| v. | ) | |
| | ) | |
| MBNA AMERICA BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO AMEND REVISED SCHEDULING ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court that the Revised Scheduling Order in this matter should be amended as follows:

3(c)   Discovery Cut Off: January 31, 2008

3(d)   Plaintiff's Expert Discovery: December 1, 2007

  Defendant's Expert Discovery: December 30, 2007

7.   Interim Status Report: January 2, 2007

8.   Status Conference:

9.   Case Dispositive Motions: February 28, 2007

  Pretrial Conference: To Be Set by the Court

  Pretrial Order Due: To Be Set by the Court

10.   Trial: To Be Set by the Court

2

| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Gary W. Aber | /s/ Teresa A. Cheek |
| GARY W. ABER (DSB #754) | TERESA A. CHEEK (DSB #2657) |
| First Federal Plaza, Suite 600 | 1000 West Street, 17th Floor |
| 702 King Street, P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-472-4900 | 302-571-6676 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED this _____, day of_____ , 2007.

_____
                                    J.

1