IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 05-213 (MPT) |
| v. | ) |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE**, Plaintiff's Third Set of Interrogatories Directed to Defendant were hand delivered to the following counsel on November 16, 2007:

> Teresa A. Cheek, Esquire
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street, 17 Floor
> P.O. Box 391
> Wilmington, DE 19899

ABER, GOLDLUST, BAKER & OVER

   /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiffs

DATED:  November 16, 2007

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following on November 16, 2007:

>Teresa A. Cheek, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17 Floor
>P.O. Box 391
>Wilmington, DE 19899

>/s/  Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire