IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRIAS FAULKNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-213-MPT |
| | : | |
| MBNA AMERICA BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

**AMENDED REVISED SCHEDULING ORDER**

At Wilmington, this **19th** day of **November, 2007,**

IT IS ORDERED that the March 19, 2007 Revised Scheduling Order is hereby amended as follows:

3. b. Discovery Cut Off:  January 31, 2008

   c. Plaintiff's Expert Discovery:  December 1, 2007

   Defendant's Expert Discovery:  December 30, 2007

7. <u>Interim Status Report</u>.  January 2, 2008.

9. <u>Case Dispositive Motions</u>.  February 28, 2008.

11. <u>Pretrial Conference</u>.  On Friday, October 10, 2008 at 9:00 a.m.

    Proposed pretrial order submitted: October 1, 2008.

14. <u>Trial</u>.  This matter is scheduled for a four (4) day jury trial beginning at 9:30 a.m. on Monday, October 20, 2008, with the remaining trial days beginning at 9:00

a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 10 hours to present their case.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE