IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 05-213 |
| v. | ) |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

TO:  Teresa A. Cheek, Esquire
 Young, Conaway, Stargatt & Taylor
 1000 West Street, 17th Floor
 P.O. Box 391
 Wilmington, DE  19899

## NOTICE OF 30(B)(6) DEPOSTION DUCES TECUM

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the plaintiff will take the deposition of Michelle Maines, as designated by the defendant to testify on one or more of the subject matters attached as Exhibit No. 1, attached hereto, for a deposition to be taken on January 8, 2008, beginning at 2:00 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

 /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  January 7, 2008

## **EXHIBIT 1**

1. A person knowledgeable to testify to any changes in CPH Standards as applied to the plaintiff, and to produce all relevant documents concerning such changes.

2. A person knowledgeable to testify to the history of, and offers of accommodation to the plaintiff as a result of her disability, and to produce relevant documents to such offers.

3. A person who can describe the nature of any computer voice software, or other computer related equipment, used by the defendant to assist in an attempt to accommodate the plaintiff's disability, and describe its effect upon her job, how it was performed, the success of the accommodation and the performance of the job, and any problems the plaintiff had with such programs, and to produce all documents relevant to such matters.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on January 7, 2008 to the following counsel:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>      /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire