IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DEMETRIAS FAULKNER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-213-MPT |
| | ) |
| **MBNA AMERICA BANK, N.A.**, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Upon the stipulation of the parties, it is hereby ORDERED, that this proceeding is dismissed with prejudice without an award of costs, disbursements or attorneys' fees to either party.

CONSENTED AND AGREED TO:

| ABER, GOLDLUST, BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Gary W. Aber | /s/ *Teresa A. Cheek* |
| Gary W. Aber, Esquire (No. 754) | Teresa A. Cheek, Esquire (No. 2657) |
| 702 King Street, Suite 600 | The Brandywine Building, 17th Floor |
| P.O. Box 1675 | 1000 West Street |
| Wilmington, DE 19899 | P.O. Box 391 |
| Telephone: (302) 472-4900 | Wilmington, DE 19899-0391 |
| Fax: (302) 472-4920 | Telephone: (302) 571-6673 |
| E-mail: gaber@gablaw.com | Fax: (302) 576-3286 |
| | E-mail: tcheek@ycst.com |
| Attorneys for Plaintiff | Attorneys for Defendant |